[No. 19636-4-III.  Division Three.  January 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMI LYNN BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-1-00296-6, John M. Antosz, J., entered September 25, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19778-6-III.  Division Three.  January 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY EARL JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-01754-1, Michael W. Leavitt, J., entered December 8, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19914-2-III.  Division Three.  January 8, 2002.]

TOM BISS, *Appellant*, v. LINCOLN COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-02437-6, Salvatore F. Cozza, J., entered January 22, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 20057-4-III.  Division Three.  January 8, 2002.]

JOHN E. CLARK, JR., ET AL., *Appellants*, v. CHICAGO TITLE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-2-00855-1, John M. Antosz, J., entered January 12, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.